UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANDRE' RANDOLPH | * | CIVIL ACTION |
| VERSUS | * | NO: 06-2031 |
| JAMES D. MILLER | * | SECTION: "F"(6) |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that petitioner's application for habeas corpus relief pursuant to Title 28, United States Code, Section 2254, is hereby **DENIED**.

New Orleans, Louisiana, this 18th day of Nov., 2008.

_____
UNITED STATES DISTRICT JUDGE